| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-15543-AMC

MARIA R. TORRES  
756 E WESTMORELAND STREET  
PHILADELPHIA  PA    19134

Petition Filed Date: 09/06/2019  
341 Hearing Date: 10/11/2019  
Confirmation Date: 04/08/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/01/2019 | $857.40 | | 11/04/2019 | $857.40 | | 12/03/2019 | $857.40 | |
| 12/31/2019 | $857.40 | | 02/03/2020 | $857.40 | | 03/02/2020 | $857.40 | |
| 03/30/2020 | $857.40 | | 04/27/2020 | $947.58 | | 05/26/2020 | $947.58 | |
| 06/22/2020 | $947.58 | | 07/27/2020 | $947.58 | | | | |

**Total Receipts for the Period: $9,792.12   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $9,792.12**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | TD AUTO FINANCE LLC<br>»» 001 | Unsecured Creditors | $14,831.97 | $0.00 | $14,831.97 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $502.95 | $0.00 | $502.95 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $1,332.51 | $0.00 | $1,332.51 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $1,036.07 | $0.00 | $1,036.07 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $887.67 | $0.00 | $887.67 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $452.25 | $0.00 | $452.25 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $427.27 | $0.00 | $427.27 |
| 8 | MERRICK BANK<br>»» 008 | Unsecured Creditors | $963.10 | $0.00 | $963.10 |
| 9 | CAVALRY INVESTMENTS LLC<br>»» 009 | Unsecured Creditors | $1,271.00 | $0.00 | $1,271.00 |
| 10 | BANK OF THE WEST<br>»» 010 | Secured Creditors | $21,770.28 | $4,193.52 | $17,576.76 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $1,597.77 | $0.00 | $1,597.77 |
| 12 | MIDLAND CREDIT MANAGEMENT INC<br>»» 012 | Unsecured Creditors | $945.95 | $0.00 | $945.95 |
| 14 | MIDFIRST BANK NKA MIDLAND MRTG<br>»» 013 | Mortgage Arrears | $4.85 | $0.00 | $4.85 |
| 15 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $634.86 | $0.00 | $634.86 |
| 16 | CITY OF PHILADELPHIA (LD)<br>»» 015 | Secured Creditors | $159.18 | $18.29 | $140.89 |

**Chapter 13 Case No. 19-15543-AMC**

| 0 | CHRISTIAN A DI CICCO ESQ | Attorney Fees | $3,813.00 | $0.00 | $3,813.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,792.12 | Current Monthly Payment: | $947.58 |
| Paid to Claims: | $4,211.81 | Arrearages: | $180.36 |
| Paid to Trustee: | $901.17 | Total Plan Base: | $56,403.90 |
| Funds on Hand: | $4,679.14 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.