Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 19-15543-AMC**

MARIA R. TORRES  
756 E WESTMORELAND STREET  
PHILADELPHIA  PA     19134

Petition Filed Date: 09/06/2019  
341 Hearing Date: 10/11/2019  
Confirmation Date: 04/08/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/03/2020 | $857.40 | | 03/02/2020 | $857.40 | | 03/30/2020 | $857.40 | |
| 04/27/2020 | $947.58 | | 05/26/2020 | $947.58 | | 06/22/2020 | $947.58 | |
| 07/27/2020 | $947.58 | | 08/24/2020 | $947.58 | | 09/28/2020 | $947.58 | |
| 10/26/2020 | $947.58 | | 11/23/2020 | $947.58 | | 12/29/2020 | $947.58 | |
| 01/26/2021 | $947.58 | | 02/23/2021 | $947.58 | | 03/22/2021 | $947.58 | |
| 04/26/2021 | $947.58 | | 05/24/2021 | $947.58 | | | | |

**Total Receipts for the Period:  $15,838.32    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $19,267.92**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | TD AUTO FINANCE LLC <br> »» 001 | Unsecured Creditors | $14,831.97 | $0.00 | $14,831.97 |
| 2 | AMERICAN INFOSOURCE LP <br> »» 002 | Unsecured Creditors | $502.95 | $0.00 | $502.95 |
| 3 | DISCOVER BANK <br> »» 003 | Unsecured Creditors | $1,332.51 | $0.00 | $1,332.51 |
| 4 | LVNV FUNDING LLC <br> »» 004 | Unsecured Creditors | $1,036.07 | $0.00 | $1,036.07 |
| 5 | LVNV FUNDING LLC <br> »» 005 | Unsecured Creditors | $887.67 | $0.00 | $887.67 |
| 6 | LVNV FUNDING LLC <br> »» 006 | Unsecured Creditors | $452.25 | $0.00 | $452.25 |
| 7 | LVNV FUNDING LLC <br> »» 007 | Unsecured Creditors | $427.27 | $0.00 | $427.27 |
| 8 | MERRICK BANK <br> »» 008 | Unsecured Creditors | $963.10 | $0.00 | $963.10 |
| 9 | CAVALRY INVESTMENTS LLC <br> »» 009 | Unsecured Creditors | $1,271.00 | $0.00 | $1,271.00 |
| 10 | BANK OF THE WEST <br> »» 010 | Secured Creditors | $21,770.28 | $13,701.91 | $8,068.37 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES <br> »» 011 | Unsecured Creditors | $1,597.77 | $0.00 | $1,597.77 |
| 12 | MIDLAND CREDIT MANAGEMENT INC <br> »» 012 | Unsecured Creditors | $945.95 | $0.00 | $945.95 |
| 14 | MIDFIRST BANK NKA MIDLAND MRTG <br> »» 013 | Mortgage Arrears | $4.85 | $0.00 | $4.85 |
| 15 | LVNV FUNDING LLC <br> »» 014 | Unsecured Creditors | $634.86 | $0.00 | $634.86 |

**Chapter 13 Case No. 19-15543-AMC**

| 16 | CITY OF PHILADELPHIA (LD) »» 015 | Secured Creditors | $159.18 | $100.19 | $58.99 |
| 0 | CHRISTIAN A DI CICCO ESQ | Attorney Fees | $3,813.00 | $3,813.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,267.92 | Current Monthly Payment: | $947.58 |
| Paid to Claims: | $17,615.10 | Arrearages: | $180.36 |
| Paid to Trustee: | $1,649.76 | Total Plan Base: | $56,403.90 |
| Funds on Hand: | $3.06 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.