**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MARIA R. TORRES | : | |
|    DEBTOR | : | BANKRUPTCY NO. 19-15543-AMC |

## WITHDRAWAL & ENTRY OF APPEARANCE

TO THE CLERK:

Kindly substitute the appearance of Entering Counsel, Ronald G. McNeil, Esquire, for that of Withdrawing Counsel, Christian A. DiCicco, Esquire, as Counsel for Debtor.

| | |
|---|---|
| Dated: December 13, 2021 | Dated: December 13, 2021 |
| WITHDRAWING COUNSEL | ENTERING COUNSEL |
| /s/ Christian A. DiCicco, Esq. | /s/ Ronald G. McNeil, Esq. |
| Christian A. DiCicco, Esquire | Ronald G. McNeil, Esquire |
| Law Offices of Christian A. DiCicco, LLC | McNeil Legal Services |
| 2008 Chestnut Street | 1333 Race Street |
| Philadelphia, PA 19103 | Philadelphia PA 19107 |
| (ph.) 215-564-6812 | (215) 564-3999 |
| cdicicco@myphillybankruptcylawyer.com | r.mcneil@verizon.net |