Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 19-15543-AMC**

MARIA R. TORRES  
756 E WESTMORELAND STREET  
PHILADELPHIA  PA    19134

Petition Filed Date: 09/06/2019  
341 Hearing Date: 10/11/2019  
Confirmation Date: 04/08/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/26/2021 | $947.58 | | 05/24/2021 | $947.58 | | 06/28/2021 | $947.58 | |
| 07/26/2021 | $947.58 | | 08/23/2021 | $947.58 | | 09/28/2021 | $947.58 | |
| 10/25/2021 | $947.58 | | 11/22/2021 | $947.58 | | 12/28/2021 | $947.58 | |
| 01/25/2022 | $947.58 | | 03/01/2022 | $947.58 | | 03/28/2022 | $947.58 | |
| 04/25/2022 | $947.58 | | 05/23/2022 | $947.58 | | 06/29/2022 | $947.58 | |
| 07/25/2022 | $947.58 | | | | | | | |

**Total Receipts for the Period: $15,161.28   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $32,534.04**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | TD AUTO FINANCE LLC »» 001 | Unsecured Creditors | $14,831.97 | $1,864.52 | $12,967.45 |
| 2 | AMERICAN INFOSOURCE LP »» 002 | Unsecured Creditors | $502.95 | $63.22 | $439.73 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $1,332.51 | $167.50 | $1,165.01 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $1,036.07 | $130.25 | $905.82 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $887.67 | $111.59 | $776.08 |
| 6 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $452.25 | $56.84 | $395.41 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $427.27 | $53.71 | $373.56 |
| 8 | MERRICK BANK »» 008 | Unsecured Creditors | $963.10 | $121.07 | $842.03 |
| 9 | CAVALRY SPV INVESTMENTS LLC »» 009 | Unsecured Creditors | $1,271.00 | $159.78 | $1,111.22 |
| 10 | BANK OF THE WEST »» 010 | Secured Creditors | $21,770.28 | $21,770.28 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $1,597.77 | $200.86 | $1,396.91 |
| 12 | MIDLAND CREDIT MANAGEMENT INC »» 012 | Unsecured Creditors | $945.95 | $118.91 | $827.04 |
| 14 | MIDFIRST BANK NKA MIDLAND MRTG »» 013 | Mortgage Arrears | $4.85 | $4.85 | $0.00 |
| 15 | LVNV FUNDING LLC »» 014 | Unsecured Creditors | $634.86 | $79.80 | $555.06 |

**Chapter 13 Case No. 19-15543-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 16 | CITY OF PHILADELPHIA (LD) »» 015 | Secured Creditors | $159.18 | $159.18 | $0.00 |
| 0 | CHRISTIAN A DI CICCO ESQ | Attorney Fees | $3,813.00 | $3,813.00 | $0.00 |
| 0 | RONALD G MC NEIL, ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $32,534.04 | Current Monthly Payment: | $947.58 |
| Paid to Claims: | $28,875.36 | Arrearages: | ($767.22) |
| Paid to Trustee: | $2,786.90 | Total Plan Base: | $56,403.90 |
| Funds on Hand: | $871.78 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.