| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-15543-AMC

MARIA R. TORRES  
756 E WESTMORELAND STREET  
PHILADELPHIA  PA    19134

Petition Filed Date: 09/06/2019  
341 Hearing Date: 10/11/2019  
Confirmation Date: 04/08/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $947.58 | | 09/26/2022 | $947.58 | | 10/24/2022 | $947.58 | |
| 11/29/2022 | $947.58 | | 12/27/2022 | $947.58 | | 01/24/2023 | $947.58 | |
| 02/28/2023 | $947.58 | | 03/27/2023 | $947.58 | | 04/24/2023 | $947.58 | |
| 05/22/2023 | $947.58 | | 06/27/2023 | $947.58 | | 07/24/2023 | $947.58 | |

**Total Receipts for the Period: $11,370.96    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $43,905.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | TD AUTO FINANCE LLC<br>»» 001 | Unsecured Creditors | $14,831.97 | $8,083.11 | $6,748.86 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $502.95 | $274.09 | $228.86 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $1,332.51 | $726.18 | $606.33 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $1,036.07 | $564.65 | $471.42 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $887.67 | $483.77 | $403.90 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $452.25 | $246.45 | $205.80 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $427.27 | $232.87 | $194.40 |
| 8 | MERRICK BANK<br>»» 008 | Unsecured Creditors | $963.10 | $524.87 | $438.23 |
| 9 | CAVALRY SPV INVESTMENTS LLC<br>»» 009 | Unsecured Creditors | $1,271.00 | $692.67 | $578.33 |
| 10 | BANK OF THE WEST<br>»» 010 | Secured Creditors | $21,770.28 | $21,770.28 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $1,597.77 | $870.77 | $727.00 |
| 12 | MIDLAND CREDIT MANAGEMENT INC<br>»» 012 | Unsecured Creditors | $945.95 | $515.51 | $430.44 |
| 14 | MIDFIRST BANK NKA MIDLAND MRTG<br>»» 013 | Mortgage Arrears | $4.85 | $4.85 | $0.00 |
| 15 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $634.86 | $345.96 | $288.90 |
| 16 | CITY OF PHILADELPHIA (LD)<br>»» 015 | Secured Creditors | $159.18 | $159.18 | $0.00 |

| 0 | CHRISTIAN A DI CICCO ESQ | Attorney Fees | $3,813.00 | $3,813.00 | $0.00 |
| 0 | RONALD G MC NEIL, ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $43,905.00 | Current Monthly Payment: | $947.58 |
| Paid to Claims: | $39,308.21 | Arrearages: | $180.36 |
| Paid to Trustee: | $3,734.49 | Total Plan Base: | $56,403.90 |
| Funds on Hand: | $862.30 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.