| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-15543-AMC**

MARIA R. TORRES
756 E WESTMORELAND STREET
PHILADELPHIA  PA   19134

Petition Filed Date: 09/06/2019
341 Hearing Date: 10/11/2019
Confirmation Date: 04/08/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/28/2023 | $947.58 | | 09/25/2023 | $947.58 | | 10/23/2023 | $947.58 | |
| 11/28/2023 | $947.58 | | 12/27/2023 | $947.58 | | 01/23/2024 | $947.58 | |
| 02/27/2024 | $947.58 | | 03/25/2024 | $947.58 | | 04/22/2024 | $947.58 | |
| 05/28/2024 | $947.58 | | 06/25/2024 | $947.58 | | 07/22/2024 | $947.58 | |

**Total Receipts for the Period: $11,370.96    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $55,275.96**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | TD AUTO FINANCE LLC<br>»» 001 | Unsecured Creditors | $14,831.97 | $14,708.37 | $123.60 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $502.95 | $498.76 | $4.19 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $1,332.51 | $1,321.41 | $11.10 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $1,036.07 | $1,027.44 | $8.63 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $887.67 | $880.27 | $7.40 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $452.25 | $448.48 | $3.77 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $427.27 | $409.06 | $18.21 |
| 8 | MERRICK BANK<br>»» 008 | Unsecured Creditors | $963.10 | $955.07 | $8.03 |
| 9 | CAVALRY SPV INVESTMENTS LLC<br>»» 009 | Unsecured Creditors | $1,271.00 | $1,260.41 | $10.59 |
| 10 | BANK OF THE WEST<br>»» 010 | Secured Creditors | $21,770.28 | $21,770.28 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $1,597.77 | $1,584.46 | $13.31 |
| 12 | MIDLAND CREDIT MANAGEMENT INC<br>»» 012 | Unsecured Creditors | $945.95 | $938.07 | $7.88 |
| 14 | MIDFIRST BANK NKA MIDLAND MRTG<br>»» 013 | Mortgage Arrears | $4.85 | $4.85 | $0.00 |
| 15 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $634.86 | $629.57 | $5.29 |
| 16 | CITY OF PHILADELPHIA (LD)<br>»» 015 | Secured Creditors | $159.18 | $159.18 | $0.00 |

**Chapter 13 Case No. 19-15543-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 0 | CHRISTIAN A DI CICCO ESQ | Attorney Fees | $3,813.00 | $3,813.00 | $0.00 |
| 0 | RONALD G MC NEIL, ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $55,275.96 | Current Monthly Payment: | $947.58 |
| Paid to Claims: | $50,408.68 | Arrearages: | $180.36 |
| Paid to Trustee: | $4,852.65 | Total Plan Base: | $56,403.90 |
| Funds on Hand: | $14.63 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.