United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Maria R. Torres  
    Debtor

Case No. 19-15543-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Oct 22, 2024     Form ID: 138OBJ     Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maria R. Torres, 756 E. Westmoreland Street, Philadelphia, PA 19134-1816 |
| 14384454 | | Alltran Financial, PO Box 1722901, Houston, TX 77272 |
| 14384463 | + | David J. Apothaker, Esq., 520 Fellowship Road, Suite C-306, Mount Laurel, NJ 08054-3410 |
| 14399669 | + | MIDFIRST BANK, C/O Kevin G. McDonald, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14384471 | | Midland Credit Management, Inc., 2365 Northside Drive, Suite 300, Los Angeles, CA 92180 |
| 14384473 | | Nazareth Hospital, Payment Processing Center, 10604 Justin Drive, Des Moines, IA 50322-3755 |
| 14384474 | + | Nazareth Hospital, PO Box 824840, Philadelphia, PA 19182-4840 |
| 14384475 | + | Nazareth Hospital, 2601 Holmes Avenue, Philadelphia, PA 19152-2096 |
| 14384479 | + | Temple Orthpedics, 3509 North Broad Street, Boyer Pavillion, 5th Fl., Philadelphia, PA 19140-4105 |
| 14384480 | + | Temple University Hospital, 3401 North Broad Street, Philadelphia, PA 19140-5189 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 22 2024 23:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 22 2024 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14384453 | + | Email/Text: bankruptcy@acimacredit.com | Oct 22 2024 23:49:00 | Acima Credit, 9815 Monroe Street, 4th Floor, Sandy, UT 84070-4384 |
| 14399603 | + | Email/Text: bankruptcy@bmo.com | Oct 22 2024 23:48:00 | BANK OF THE WEST, 2527 CAMINO RAMON, SAN RAMON CA 94583-4213 |
| 14384456 | + | Email/Text: bankruptcy@bmo.com | Oct 22 2024 23:48:00 | Bank Of The West, Attn: Bankruptcy, 180 Montgomery Street 25th Floor, San Francisco, CA 94104-4206 |
| 14384455 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 22 2024 23:48:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14384461 | | Email/Text: megan.harper@phila.gov | Oct 22 2024 23:49:00 | City of Philadelphia, Law Dept. Tax Unit, One Parkway Bldg. - Bankruptcy Group, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14451477 | | Email/Text: megan.harper@phila.gov | Oct 22 2024 23:49:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14384457 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 23 2024 00:35:40 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14384458 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 23 2024 00:00:04 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14390467 | + | Email/PDF: ebn_ais@aisinfo.com | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 22 2024 23:59:37 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14384459 | + | Email/Text: bankruptcy@cavps.com | Oct 22 2024 23:48:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14395441 | + | Email/Text: bankruptcy@cavps.com | Oct 22 2024 23:48:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14384460 | ^ | MEBN | Oct 22 2024 23:41:55 | Cawley & Bergmann, LLC, 117 Kinderkamack Road, Suite 201, River Edge, NJ 07661-1916 |
| 14384462 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 22 2024 23:58:45 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14384464 | | Email/Text: mrdiscen@discover.com | Oct 22 2024 23:48:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14390484 | | Email/Text: mrdiscen@discover.com | Oct 22 2024 23:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14384466 | | Email/Text: BNSFN@capitalsvcs.com | Oct 22 2024 23:48:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 14384467 | | Email/Text: BNSFS@capitalsvcs.com | Oct 22 2024 23:48:00 | First Savings Credit Card, Attn: Bankruptcy Department, Po Box 5019, Sioux Falls, SD 57117 |
| 14384468 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 22 2024 23:48:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14384465 | | Email/Text: bnc-bluestem@quantum3group.com | Oct 22 2024 23:49:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 14390802 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 22 2024 23:58:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14384469 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 22 2024 23:58:53 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14393274 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 22 2024 23:58:48 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14384470 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 22 2024 23:58:45 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14418374 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 22 2024 23:59:28 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14416832 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 22 2024 23:48:00 | Midland Credit Management, Inc., Po Box 2037, Warren MI 48090-2037 |
| 14384472 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 22 2024 23:59:30 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14410772 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 22 2024 23:58:46 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14384476 | + | Email/Text: bk@rgsfinancial.com | Oct 22 2024 23:48:00 | RGS Financial, PO Box 852039, Richardson, TX 75085-2039 |
| 14385068 | ^ | MEBN | Oct 22 2024 23:41:57 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14384477 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 22 2024 23:58:45 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14387891 | + | Email/Text: jaxbanko@td.com | Oct 22 2024 23:48:00 | TD Auto Finance, PO BOX 551080, Jacksonville FL 32255-1080 |
| 14384478 | + | Email/Text: jaxbanko@td.com | Oct 22 2024 23:48:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hilss, MI 48333-9223 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 22, 2024 | Form ID: 138OBJ | Total Noticed: 45 |

| 14384481 | Email/Text: BKRMailOps@weltman.com | Oct 22 2024 23:48:00 | Weltman, Weinberg & Reis Co., LPA, 323 W. Lakeside Avenue, Suite 200, Cleveland, 44113-1009 |
|---|---|---|---|

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 24, 2024          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KEVIN G. MCDONALD | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| RONALD G. MCNEIL, Esquire | on behalf of Debtor Maria R. Torres r.mcneil@verizon.net |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 138OBJ* (6/24)−doc 41 − 40

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) <br>    Maria R. Torres ) <br> ) <br> ) <br> Debtor(s). ) <br> ) <br> ) | Case No. 19−15543−amc <br><br> Chapter: 13 |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: October 22, 2024                                                        For The Court

                                                                   Timothy B. McGrath
                                                                 Clerk of Court